

| | |
|---|---|
| **KAMALA D. HARRIS**<br>*Attorney General* | **State of California**<br>**DEPARTMENT OF JUSTICE** |

<div align="right">
1515 CLAY STREET, 20TH FLOOR<br>
P.O. BOX 70550<br>
OAKLAND, CA  94612-0550<br><br>
Public:  (510) 622-2100<br>
Telephone:  (510) 622-4450<br>
Facsimile:  (510) 622-2272<br>
E-Mail:  Elaine.Meckenstock@doj.ca.gov
</div>

December 16, 2014

**VIA ECF**

Mark Langer
Clerk of the Court
D.C. Circuit Court of Appeals
333 Constitution Ave., NW
Washington, D.C.  20001

RE:   *Delta Construction Co., et al. v. EPA* (11-1428) and consolidated cases

Dear Mr. Langer:

Pursuant to Federal Rule of Appellate Procedure 28(j), Movant-Intervenor State of California provides this notice that California's Office of Administrative Law has approved the California regulation described in the Final Brief of Movant-Intervenor States (Docket No. 1524098) at pages 10-13 and in the Final Brief for Respondents (Docket No. 1524015) at page 35.  The Movant-Intervenor States and Respondents have argued that this California regulation is relevant to whether Petitioners in Case No. 11-1428 have standing.  The Movant-Intervenor States committed to notifying this Court when the regulation was finalized.  *See* Docket No. 1524098 at 12 n.4.  As indicated in the attached exhibit, the regulation was filed with the California Secretary of State on December 5, 2014 and went into effect on that date.  As also indicated on the attachment, this action amended and added multiple sections of title 17 of the California Code of Regulations.

<div style="margin-left: 40%">
Sincerely,<br>
*/s/ M. Elaine Meckenstock*<br>
M. ELAINE MECKENSTOCK<br>
Deputy Attorney General<br><br>
For    KAMALA D. HARRIS<br>
       Attorney General
</div>

# REGULAR

STATE OF CALIFORNIA—OFFICE OF ADMINISTRATIVE LAW
## NOTICE PUBLICATION/REGULATIONS SUBMISSION
(See instructions on reverse)
STD. 400 (REV. 01-2013)

For use by Secretary of State only

**ENDORSED FILED IN THE OFFICE OF**

2014 DEC -5 PM 1:47

*Debra Bowen*
SECRETARY OF STATE

| OAL FILE NUMBERS | NOTICE FILE NUMBER | REGULATORY ACTION NUMBER | EMERGENCY NUMBER |
|---|---|---|---|
| | Z-2013-1015-07 | 2014-1021-03S | |

For use by Office of Administrative Law (OAL) only

2014 OCT 21 PM 4:37
OFFICE OF ADMINISTRATIVE LAW

| NOTICE | REGULATIONS |
|---|---|

**AGENCY WITH RULEMAKING AUTHORITY**
Air Resources Board

**AGENCY FILE NUMBER (If any)**

## A. PUBLICATION OF NOTICE (Complete for publication in Notice Register)

| 1. SUBJECT OF NOTICE | TITLE(S) | FIRST SECTION AFFECTED | 2. REQUESTED PUBLICATION DATE |
|---|---|---|---|
| Heavy Duty GHG Phase 1 | 13/17 | 1900/95300 | October 25, 2013 |

| 3. NOTICE TYPE | 4. AGENCY CONTACT PERSON | TELEPHONE NUMBER | FAX NUMBER (Optional) |
|---|---|---|---|
| [X] Notice re Proposed Regulatory Action  [ ] Other | Trini Balcazar | (916) 445-9564 | (916) 322-3928 |

| OAL USE ONLY | ACTION ON PROPOSED NOTICE | | | NOTICE REGISTER NUMBER | PUBLICATION DATE |
|---|---|---|---|---|---|
| | [ ] Approved as Submitted | [ ] Approved as Modified | [ ] Disapproved/Withdrawn | 2013, 432 | 10/25/2013 |

## B. SUBMISSION OF REGULATIONS (Complete when submitting regulations)

| 1a. SUBJECT OF REGULATION(S) | 1b. ALL PREVIOUS RELATED OAL REGULATORY ACTION NUMBER(S) |
|---|---|
| Heavy Duty GHG Phase 1 | |

**2. SPECIFY CALIFORNIA CODE OF REGULATIONS TITLE(S) AND SECTION(S)** (Including title 26, if toxics related)

| SECTION(S) AFFECTED (List all section number(s) individually. Attach additional sheet if needed.) | ADOPT |
|---|---|
| | T17 95660, 95661, 95662, 95663, 95664 |
| | AMEND |
| | T13 1900, 1956.8, 2036, 2037, 2112, 2139, 2140, 2147, 2485; T17 95300, 95301, 95302, 95303, 95305 |
| TITLE(S) | REPEAL |
| 13, 17 | |

**3. TYPE OF FILING**

[X] Regular Rulemaking (Gov. Code §11346)
[ ] Resubmittal of disapproved or withdrawn nonemergency filing (Gov. Code §§11349.3, 11349.4)
[ ] Emergency (Gov. Code, §11346.1(b))
[ ] Certificate of Compliance: The agency officer named below certifies that this agency complied with the provisions of Gov. Code §§11346.2-11347.3 either before the emergency regulation was adopted or within the time period required by statute.
[ ] Resubmittal of disapproved or withdrawn emergency filing (Gov. Code, §11346.1)
[ ] Emergency Readopt (Gov. Code, §11346.1(h))
[ ] File & Print
[ ] Other (Specify) _____
[ ] Changes Without Regulatory Effect (Cal. Code Regs., title 1, §100)
[ ] Print Only

**4. ALL BEGINNING AND ENDING DATES OF AVAILABILITY OF MODIFIED REGULATIONS AND/OR MATERIAL ADDED TO THE RULEMAKING FILE** (Cal. Code Regs. title 1, §44 and Gov. Code §11347.1)
May 27, 2014 - June 11, 2014; July 17, 2014 - August 1, 2014

**5. EFFECTIVE DATE OF CHANGES** (Gov. Code, §§ 11343.4, 11346.1(d); Cal. Code Regs., title 1, §100)

[ ] Effective January 1, April 1, July 1, or October 1 (Gov. Code §11343.4(a))
[X] Effective on filing with Secretary of State
[ ] §100 Changes Without Regulatory Effect
[X] Effective other (Specify) ~~January 1, 2015~~   per agency request 12/12/14

**6. CHECK IF THESE REGULATIONS REQUIRE NOTICE TO, OR REVIEW, CONSULTATION, APPROVAL OR CONCURRENCE BY, ANOTHER AGENCY OR ENTITY**

[X] Department of Finance (Form STD. 399) (SAM §6660)
[ ] Fair Political Practices Commission
[ ] State Fire Marshal
[ ] Other (Specify) _____

| 7. CONTACT PERSON | TELEPHONE NUMBER | FAX NUMBER (Optional) | E-MAIL ADDRESS (Optional) |
|---|---|---|---|
| Trini Balcazar, Regulations Coordinator | (916) 445-9564 | (916) 322-3928 | tbalcaza@arb.ca.gov |

**8.** I certify that the attached copy of the regulation(s) is a true and correct copy of the regulation(s) identified on this form, that the information specified on this form is true and correct, and that I am the head of the agency taking this action, or a designee of the head of the agency, and am authorized to make this certification.

| SIGNATURE OF AGENCY HEAD OR DESIGNEE | DATE |
|---|---|
| *[signature]* | 10/19/2014 |

**TYPED NAME AND TITLE OF SIGNATORY**
Richard W. Corey, Executive Officer

For use by Office of Administrative Law (OAL) only

**ENDORSED APPROVED**

DEC 05 2014

Office of Administrative Law

# CERTIFICATE OF SERVICE

| Case Name: | **Delta Construction Co., Inc. v. EPA** | No. | **11-1428 (and consolidated cases)** |
|---|---|---|---|

I hereby certify that on December 16, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### 28(j) Letter Concerning Approval of California's Regulation

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 16, 2014 at Oakland, California.

| M. Elaine Meckenstock | /S/ |
|---|---|
| Declarant | Signature |