# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1428**                                    September Term, 2014

EPA-76FR57106
TRAN-77FR51499

**Filed On: December 22, 2014** [1528565]

Delta Construction Company, Inc., et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 11-1441, 12-1427

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for January 09, 2015, at 9:30 A.M.:

| | | |
|---|---|---|
| **(Nos. 11-1441 & 12-1427)** Petitioner Plant Oil Powered Diesel Fuel Systems, Inc. | - | 10 Minutes |
| Respondent | - | 10 Minutes |
| **(No. 11-1428)** Petitioners Delta Construction Co., Inc., et al. | - | 10 Minutes |
| Respondent | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judge Tatel and Senior Circuit Judges Edwards and Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 31, 2014.

**Per Curiam**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1428**                               **September Term, 2014**

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

             BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)