January 7, 2015

**VIA ECF**

Mark Langer
Clerk of the Court
D.C. Circuit Court of Appeals
333 Constitution Ave., NW
Washington, D.C. 20001

**RE:** *Delta Construction Co., et al. v. EPA* **(11-1428) and consolidated cases**

Dear Mr. Langer:

     Movant-intervenors the State of California, *et al.*, and Environmental Defense Fund, *et al.*, wish to notify the panel that they do not seek oral argument time, but that counsel for the respective movant-intervenors will be present at Friday's oral argument and prepared to address any questions the panel may have for them. *See* Delta Petrs Br. 54–56 (challenging propriety of intervention of both groups); *see also* State Movant-Intervenors Br. 10–12 (discussing California's regulation).

                                                        Sincerely,

/s/ Elaine Meckenstock            /s/Peter Zalzal

| | |
|---|---|
| M. Elaine Meckenstock | Peter Zalzal |
| Deputy Attorney General | Environmental Defense Fund |
| Counsel for Movant-Intervenor | 2060 Broadway St., Ste. 300 |
| State of California by and through | Boulder, CO 80302 |
| the California Air Resources Board | 303-447-7214 |
| 510-622-4450 | Counsel for Movant-Intervenor |
| | Environmental Defense Fund |

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of January, 2015, the foregoing letter was served electronically through the court's CM/ECF system on all registered counsel.

/s/ Peter Zalzal
Peter Zalzal
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, CO 80302
(303) 447-7214

Dated: January 7, 2015